**LAW OFFICES OF DAVID PALACE**
383 KINGSTON AVE. #113
BROOKLYN, NY 11213
TEL: (347) 651-1077
FAX: (347) 464-0012
EMAIL: DAVIDPALACE@GMAIL.COM

---

June 29, 2017

VIA ELECTRONIC FILING

Hon. Brian M Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Lefkovits v. Selip & Stylianou, LLP*
             Docket No 1:17-cv-02606-BMC

Dear Judge Cogan,

    I represent the Plaintiff in the above referenced matter, and write to advise the Court that the parties have reached a settlement in the above matter. I further request the Court give Plaintiff 45 days to file a dismissal in this matter. This time is necessary for the parties to formalize the agreement in writing.

    I thank the Court in advance for its consideration in this matter.

                                      Respectfully Submitted,

                                      LAW OFFICES OF DAVID PALACE
                                      By:__s/David Palace_____
                                      David Palace

Cc: Sestino Steven Barone